IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**                                                            **PLAINTIFF**

**v.**            **Case No. 4:12-cr-00143-Dft. Nos. 1, 3–5-KGB**

**BRENDA S. LAWS;**
**JAMEEL L. LAWS;**
**LAREKA S. LAWS;**
**MILTON L. LAWS, JR.**                                                   **DEFENDANTS**

## ORDER

This Court hereby appoints Jack Kearney as counsel for witness Milton Laws, Sr., and Leslie Borgononi as counsel for witness Joycette Laws in the above-referenced matter. Mr. Kearney and Ms. Borgononi are directed to attend the trial of this matter scheduled for 9:00 a.m. February 4, 2014, to confer with their respective clients and address with the Court issues related to the anticipated testimony of Milton Laws, Sr., and Joycette Laws.

SO ORDERED this 3rd day of February, 2014.

_____
Kristine G. Baker
United States District Judge