# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**                                                                   **PLAINTIFF**

**v.**            **Case No.  4:12-cr-00143-Dft. No. 1-KGB**

**BRENDA S. LAWS**                                                                             **DEFENDANT**

## ORDER

Ms. Brenda Laws, in the presence of her attorney, has updated her financial information to be provided to the probation officer and the Court.  Consistent with the United States of America's motion for release of financial documents (Dkt. No. 227) and the Court's prior Order granting that motion (Dkt. No. 245), the probation officer is ordered to disclose Ms. Brenda Laws's updated financial information, and any future updated financial information provided to the probation officer and the Court by Ms. Brenda Laws or on behalf of Ms. Brenda Laws, to the United States Attorney's Office.

SO ORDERED this 18th day of September, 2014.

_____
Kristine G. Baker
United States District Judge